UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BOARD OF EDUCATION OF THE
YORKTOWN CENTRAL SCHOOL
DISTRICT,
          Plaintiff,

v.

C.S. and S.S., individually and on behalf of
M.S., a minor,
          Defendants.
------------------------------------------------------------x

**ORDER**

17 CV 6542 (VB)

On March 31, 2021, defendants filed a motion for attorneys' fees and costs. (Doc. #44). Thus, the opposition to the motion was due on April 14, 2021. To date, plaintiff has not responded to the motion.

Accordingly, the Court <u>sua sponte</u> extends to May 5, 2021, plaintiff's time to oppose the instant motion. Defendants' reply shall be due May 12, 2021. If plaintiff does not oppose by May 5, 2021, the motion will be deemed fully submitted and unopposed, and the Court will decide it in due course.

Dated: April 28, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge