UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BOARD OF EDUCATION OF THE
YORKTOWN CENTRAL SCHOOL DISTRICT,

                Plaintiff,

    -against-                                17 **CIVIL** 6542 (VB)

**JUDGMENT**
**for Attorneys' Fees and Costs**

C.S. and S.S., individually and on behalf of
M.S., a minor,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2022, the motion for attorneys' fees and costs is GRANTED to the following extent: Defendants are awarded $220,034.25 in reasonable attorneys' fees and $1,391.81 in costs, for a total award of $221,426.06; accordingly, the case is closed.

**Dated:** New York, New York

    March 22, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                          **BY:**             K. Mango

                                                       **Deputy Clerk**